UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:03-cv-05679-AWI-SMS |
|---|---|---|
| Plaintiff, | ) | **ORDER ADOPTING FINDINGS AND RECOMMENDATION RE: PLAINTIFF'S MOTION TO STRIKE ANSWER AND MOTION FOR DEFAULT JUDGMENT** |
| v. | ) | |
| $11,918.00, et al., | ) | (Doc. 37) |
| Defendants. | ) | |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(3) and 72-303.

On August 27, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

---

[1] The United States Postal Service returned the Findings and Recommendations served on pro se claimants on August 30, 2007 and September 5, 2007 as undeliverable (Docs. 38-41). However, claimants have not notified the court of any change in address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 27, 2007, are ADOPTED IN FULL;

2. Plaintiff's motion to strike the answer of claimant, Jose Maria Arroyo, Sr., is GRANTED;

3. The Clerk of Court is DIRECTED to strike the answer of claimant, Jose Maria Arroyo, Sr., filed July 10, 2003 (Doc. 4);

4. Plaintiff's motion for default judgment against claimant, Jose Maria Arroyo, Sr., is GRANTED;

5. Plaintiff is ENTITLED to, and the Clerk is DIRECTED to enter, judgment that CONDEMNS and FORFEITS the interests of all claimants and potential claimants, including claimant, Jose Maria Arroyo, Sr., in the Defendant currency to the United States of America pursuant to 21 U.S.C. § 881(a)(4), and which recognizes that all persons claiming any right, title, or interest in or to the Defendant property have DEFAULTED and no longer have any right, title, or interest in the Defendant property whatsoever; and,

6. The Clerk of Court ENTER final judgment of forfeiture for Plaintiff, United States of America.

IT IS SO ORDERED.

**Dated:    October 16, 2007**              /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE

2